## CHAPTER 13 PLAN (Individual Adjustment of Debts)

CASE NO.: **11-23138-LMI**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Aristoteles Leal                    CO-DEBTOR: Nitza Rodriguez
Last Four Digits of SS# xxx-xx-3838          Last Four Digits of SS# xxx-xx-4911

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

A.  $ 880.00       for months   1   to  60  ;
B.  $_____    for months _____ to _____ ;
C.  $_____    for months _____ to _____  in order to pay the following creditors:

<u>Administrative:</u>   Attorney's Fee   $ 3,750.00 + $500.00 (Motion to Value) = $4,250.00
                       TOTAL PAID       $2,500.00
                       Balance Due      $ 1,750.00    payable $ 218.75  month (Months  1  to  8 )

<u>Secured Creditors:</u> [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. n/a
   Address _____

   Arrearage on Petition Date $ _____
   Arrears Payment  $_____/month (Months ___ to ___)
   Arrears Payment  $_____/month (Months ___ to ___)
   Regular Payment  $_____/month (Months ___ to ___)

2. _____

   Arrears Payment  $_____
   Arrears Payment  $_____/month (Months ___ to ___)
   Regular Payment  $_____/month (Months ___ to ___)
   Arrears Payment  $_____/month (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| EMC Mortgage<br>Loan No. xxxxx9031<br>Prop Add: 275 E 47th St<br>Hialeah, FL 33013 | Homestead Property<br>$124,077.00 | 0% | N/A | N/A | N/A |

<u>Priority Creditors:</u> [as defined in 11 U.S.C. §507]

1. n/a _____   Total Due $_____
                         Payable $_____/month (Months ____ to ___)

<u>Unsecured Creditors:</u> Pay $ 573.25  month (Months  1  to  8  ). Pay $792.00/mo (Mos 9 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtors is paying America Servicing Co (Loan#xxxx1061) directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor                                          Joint Debtor
Date: 05/27/11                                  Date: 05/27/11

LF-31(rev. 06/02/08)