**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **11-23138-LMI**

☐ ___1st___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: __Aristoteles Leal__    CO-DEBTOR: __Nitza Rodriguez__
Last Four Digits of SS# xxx-xx-3838    Last Four Digits of SS# xxx-xx-4911

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

    A.    $__734.46__ for months __1__ to __60__;
    B.    $_____ for months _____ to _____;
    C.    $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:    Attorney's Fee  $ 3,750.00 + $500.00 (Motion to Value) = $4,250.00
                      TOTAL PAID   $2,500.00
                      Balance Due    $ 1,750.00 payable $ 218.75 month (Months __1__ to __8__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. __n/a__                        Arrearage on Petition Date $_____
Address _____          Arrears Payment $_____/month (Months ____ to ___)
                                  Arrears Payment $_____/month (Months ____ to ___)
                                  Regular Payment $_____/month (Months ____ to ___)

2. _____                    Arrears Payment $_____
                                  Arrears Payment $_____/month (Months ____ to ___)
                                  Regular Payment $_____/month (Months ____ to ___)
                                  Arrears Payment $_____/month (Months ____ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| EMC Mortgage<br>Loan No. xxxxx9031<br>Prop Add: 275 E 47th St<br>Hialeah, FL 33013 | Homestead Property<br>$124,077.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. __n/a__                        Total Due $_____
                              Payable $_____/month (Months _____ to ___)

Unsecured Creditors: Pay $ 442.27 month (Months __1__ to __8__). Pay $661.02/mo (Mos 9 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtors is paying America Servicing Co (Loan#xxxx1061) directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Robert Sanchez_____
Robert Sanchez, Esq.
Attorney for debtors
Date: 08/02/11