UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 11-23138

ARISTOTELES LEAL
NITZA RODRIGUEZ
    Debtor
_____/

MOTION TO MODIFY PLAN

Nancy K Neidich, Standing Chapter 13 Trustee ("Trustee"), files this Motion to Modify and states as follows:

1) The debtors' plan provides for payments of $734.46 per month

2) The debtors have made payments of $800.00 per month.

3) The debtors are over median and must propose a plan paying for 60 months.

4) The plan base should be increased to reflect that the debtors are actually paying $800.00 per month to the plan. The plan base should be increased from $44067.60 to $52,160.00.

WHEREFORE, the Trustee requests that this Court enter an order increasing the plan base to $52,160.00

I hereby certify that a true and correct copy of the foregoing was served on Debtor's attorney through NEF and as stated below on any other party on September 23, 2015

    Respectfully submitted:
    NANCY N. NEIDICH, ESQ
    CHAPTER 13 TRUSTEE
    _____/s/_____
    AMY E CARRINGTON, ESQ.
    FLORIDA BAR NO.: 101877
    P.O. BOX 279806
    MIRAMAR, FL 33027
    (954) 443-4402