| | Case | Parties | Pay Schedules | Payees | Financials | Forum | Documents | Docket | Scan | Attach | Matters |
|---|---|---|---|---|---|---|---|---|---|---|---|

Recently Accessed Cases: 11-23138 ARISTOTELES LEAL

| 11-23138 | ARISTOTELES LEAL 88888888 | $734.46 MO | Bar Date: 10/12/2011 (has passed) 11/9/2011 (has passed) |
|---|---|---|---|
| | NITZA RODRIGUEZ (5??-???-????) 88888888 | | Confirmed: 10/4/2011 Bar Check is YES |
| Tickle Me | Attorney: ROBERT SANCHEZ, ESQUIRE | | Case Status: Z-ABOUT TO CLOSE |

ARISTOTELES LEAL paying **$734.46** MONTHLY

Adequate Protection:

| Receipts | Receipts/Debtor Refunds | Disbursements | Adjustments | Trustee Disbursements | Trustee Adjustments | Show All |

| Start | End | Post Code | Claim ID | Payee Name |
|---|---|---|---|---|
| First | Last | All Post Codes | All IDs | All Names |

Check Status: Cleared | Stale Dated | Stop Payment | Cancelled | Voided | Outstanding

| Date | Payee / Batch | Payee / Reserve Name | Check / Source | Description | Receipts | Excluded | Total |
|---|---|---|---|---|---|---|---|
| 9/10/2015 | 91740 | | 22658365517 | 7-MONEY ORDER | $880.00 | | |
| 8/18/2015 | 91093 | | 17242465313 | 7-MONEY ORDER | $380.00 | | |
| 8/18/2015 | 91093 | | 17242465312 | 7-MONEY ORDER | $500.00 | | |
| 7/14/2015 | 90287 | | 22658362547 | 7-MONEY ORDER | $880.00 | | |
| 6/11/2015 | 89471 | | 22658356135 | 7-MONEY ORDER | $880.00 | | |
| 5/7/2015 | 88608 | | 22658351490 | 7-MONEY ORDER | $880.00 | | |
| 4/10/2015 | 87835 | | 2265832365 | 7-MONEY ORDER | $880.00 | | |
| 3/20/2015 | 87279 | | 22255549830 | 7-MONEY ORDER | $880.00 | | |
| 2/25/2015 | 86629 | | 22255501847 | 7-MONEY ORDER | $880.00 | | |
| 1/9/2015 | 85594 | | 22255535316 | 7-MONEY ORDER | $880.00 | | |
| 12/19/2014 | 85094 | | 22255524145 | 7-MONEY ORDER | $880.00 | | |
| 11/20/2014 | 84453 | | 22255511580 | 7-MONEY ORDER | $880.00 | | |
| 10/20/2014 | 83629 | | 22255502940 | 7-MONEY ORDER | $880.00 | | |
| 9/13/2014 | 82904 | | 22255500047 | 7-MONEY ORDER | $880.00 | | |
| 8/14/2014 | 82270 | | 21414117690 | 7-MONEY ORDER | $880.00 | | |
| 7/14/2014 | 81625 | | 21414112907 | 7-MONEY ORDER | $880.00 | | |
| 6/16/2014 | 81008 | | 21764279013 | 7-MONEY ORDER | $880.00 | | |
| 5/7/2014 | 80267 | | 21764276998 | 7-MONEY ORDER | $880.00 | | |
| 4/15/2014 | 79791 | | 21764273005 | 7-MONEY ORDER | $880.00 | | |
| 3/18/2014 | 79156 | | 21764262205 | 7-MONEY ORDER | $880.00 | | |
| 2/18/2014 | 78616 | | 21414145792 | 7-MONEY ORDER | $880.00 | | |
| 1/16/2014 | 77976 | | 21414144396 | 7-MONEY ORDER | $880.00 | | |
| 12/16/2013 | 77433 | | 21414140346 | 7-MONEY ORDER | $880.00 | | |
| 11/15/2013 | 76925 | | 21414133225 | 7-MONEY ORDER | $880.00 | | |
| 10/15/2013 | 76300 | | 20793747846 | 7-MONEY ORDER | $880.00 | | |
| 9/11/2013 | 75734 | | 20793740106 | 7-MONEY ORDER | $880.00 | | |
| 8/13/2013 | 75203 | | 20793723963 | 7-MONEY ORDER | $880.00 | | |
| 7/15/2013 | 74683 | | 20793727012 | 7-MONEY ORDER | $880.00 | | |
| 6/18/2013 | 74210 | | 20793715108 | 7-MONEY ORDER | $880.00 | | |
| 5/15/2013 | 73614 | | 20853838585 | 7-MONEY ORDER | $880.00 | | |
| 4/19/2013 | 73150 | | 20853845021 | 7-MONEY ORDER | $880.00 | | |
| 3/21/2013 | 72716 | | 2020609510 | 7-MONEY ORDER | $880.00 | | |
| 2/15/2013 | 72232 | | 208583841443 | 7-MONEY ORDER | $880.00 | | |
| 1/16/2013 | 71706 | | 20853803092 | 7-MONEY ORDER | $880.00 | | |
| 12/17/2012 | 71217 | | 20592970345 | 7-MONEY ORDER | $880.00 | | |
| 11/12/2012 | 70705 | | 20592955462 | 7-MONEY ORDER | $880.00 | | |
| 10/12/2012 | 70252 | | 20220601893 | 7-MONEY ORDER | $880.00 | | |
| 9/17/2012 | 69846 | | 20220600431 | 7-MONEY ORDER | $880.00 | | |
| 8/9/2012 | 69343 | | 20220601432 | 7-MONEY ORDER | $880.00 | | |
| 7/16/2012 | 68949 | | 19978449254 | 7-MONEY ORDER | $880.00 | | |
| 6/18/2012 | 68548 | | 19978436395 | 7-MONEY ORDER | $880.00 | | |
| 5/17/2012 | 68133 | | 19978427790 | 7-MONEY ORDER | $880.00 | | |

| Date | Check # | | Reference | Type | Amount | | |
|---|---|---|---|---|---|---|---|
| 5/17/2012 | 68133 | | 19978427790 | 7-MONEY ORDER | $880.00 | | |
| 4/12/2012 | 67651 | | 19978416562 | 7-MONEY ORDER | $880.00 | | |
| 3/16/2012 | 67300 | | 19771888764 | 7-MONEY ORDER | $880.00 | | |
| 2/10/2012 | 66848 | | 19771893055 | 7-MONEY ORDER | $880.00 | | |
| 1/13/2012 | 66463 | | 19771878508 | 7-MONEY ORDER | $880.00 | | |
| 12/9/2011 | 66037 | | 19354107767 | 7-MONEY ORDER | $880.00 | | |
| 11/16/2011 | 65765 | | 19354117083 | 7-MONEY ORDER | $880.00 | | |
| 10/14/2011 | 65352 | | 19354105012 | 7-MONEY ORDER | $880.00 | | |
| 9/13/2011 | 65007 | | 14367205263 | 7-MONEY ORDER | $880.00 | | |
| 8/15/2011 | 64663 | | 19185856288 | 7-MONEY ORDER | $880.00 | | |
| 7/14/2011 | 64295 | | 18958071115 | 7-MONEY ORDER | $1,000.00 | | |
| 7/14/2011 | 64295 | | 18958071126 | 7-MONEY ORDER | $760.00 | | |
| | | | | Totals: | $45,760.00 | $0.00 | $45,760.00 |