

ORDERED in the Southern District of Florida on November 4, 2015.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                    CASE NO.  11-23138
ARISTOLELES LEAL
NITZA RODRIGUEZ
                    Debtor.
_____/

ORDER GRANTING TRUSTEE'S MOTION TO MODIFY (ECF #77)

THIS CASE came on to be heard on November 3, 2015 on the Trustee's Motion to Modify (ECF #77), and based on the record, it is ORDERED as follows:

1. The Motion is granted.

2. The plan base is increased to $52,160.00

* * *

Submitted by
        NANCY K. NEIDICH, ESQUIRE
        STANDING CHAPTER 13 TRUSTEE
        P.O. BOX 279806
        MIRAMAR, FL 33027
        (954)  443-4402

NANCY K NEIDICH, ESQ, CHAPTER 13 TRUSTEE, is directed to mail a conformed copy of this Order to the debtor immediately upon receipt thereof.